1  YOUR NAME Karen Sordiff
   YOUR ADDRESS 526 Esther way, Redland 876cal. 92373
2  YOUR TELEPHONE NUMBER (909) ~~321-8141~~ ms 7422114

FILED
07 DEC -6 PM 1:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

Karen Sordiff                    )
                                 )
                                 )       '07 CV 2290 JM (JMA)
         -v-                     )       Case No. _____
Tamara Scott, Stacy Richards,    )              (To be assigned at time of filing)
San Bernardino County            )
Department of Public             )
Social Services                  )
                                 )       COMPLAINT FOR (Brief description of document)

Plaintiff alleges:

On January 17, 2007, I, Karen Sordiff informed Tamara Scott ( social worker in the case of Cayla and Samara Mendoza), that i was married, however, not living with Thomas Hartwick. Mrs. Scott then stated that she was mad at me and she didnt want to talk to me anymore and that she wouldn't talk to me until the following monday. The following friday I attempted to call Mrs scott to her about the situation, however, she said "I told you I don't want you calling me until Monday", and she then ended the call. The following Monday, Tamara and another social worker whom I was unfamiliar with had shown up at my home with a removal notice for Cayla as well as one for Sam. This removal notice stated that Thomas had a substantiated sexual abuse history and that I had informed her of this. Tamara had notified me that they had already removed the children from school prior to my notification. When Mrs Scott spoke to me about this, however, she informed me that she had done a background check and found this information after I had last spoken to her on January 17, 2007. After learning of this alleged sexual abuse history, I checked county public records, as well as contacted the Redlands police department who would have covered the case. There were no records regarding this case available through public records. I was informed by the Redlands police department that there was merely an allegation brought against him in which there was apparently no evidence to support the case, as well as no actual charges being filed against Mr hartwick. This had caused the case to be dropped. On February 6, 2007, I appeared for a scheduled hearing regarding this case located at 806 East Gilbert St. San Bernardino Ca, 92415-0955, at 8:30 am. During this hearing the judge ordered that I have weekly visits, one hour per day, one day per week. These visitations were supposed to increase as long as they were going well. The visitations were going very well, and I continued to hear very positive comments regarding my visitations. In May of 2007, my visitations were decreased to one hour a day, one day per month. I tryed contacting Tamara Scott on numerous occasions in attempt to find out the reason for my

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

1  YOUR NAME Karen Sordiff
   YOUR ADDRESS 526 Esther Way.
2  YOUR TELEPHONE NUMBER (909) 792-2114

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA
                         (Must start on line 8 or below)
10

11                                        )
                                          )
12                                        )
                                          )
13              -v-                       )      Case No._____
                                          )              (To be assigned at time of filing)
14                                        )
                                          )
15                                        )
                                          )      COMPLAINT FOR (Brief description of document)
16  _____)

17
    Plaintiff alleges:
18                     decreased visits. My calls were never answered by Tamara, and when leaving messages with
                       others at her office my calls would not be returned. I was able to visit the children once in the month
19                     of June, and once in the month of July. Since this time I have been unable to have any visits with
                       the children. Once again I have been unable to find out any reason for this still til this day. This
                       conduct by Tamara and the San Bernardino County Department of Public Social Services was a
20                     violation of my rights under the fourth and fourteenth
                       amendments, as well as those listed below.
21
                       Constitutional violation:
22
                       Saucier v. Katz, 533 U.S. 194, 201 (2001) "Parents and children have a well-elaborated
23                     constitutional right to live together without governmental interference."
                       Wallis v. Spencer, 202 F.3d 1126, 1136 (9th Cir. 2000).
                       Mabe v. San Bernardino County Department of Public Social Services, 237 F.3d 1101,1107 (9th
24                     Cir. 2001) "Officials violate this right if they remove a child from the home absent "information at the
                       time of the seizure that establishes ' reasonable cause to believe that the child is in imminent
25                     danger of serious bodily injury and that the scope of the intrusion is reasonably necessary to avert
                       that specific injury.
26                     Doe v. Lebbos, 348 F.3d 820, 827 n.9 (9th Cir. 2003)Officials including social workers, who remove
                       a child from its home without a warrant must have reasonable cause to believe that the child is
                       likely to experience serious bodily harm in the time that would be required to obtain a warrant.
27                     Cf. Miney v. Arizona, 437 U.S. 385, 393 (1978)Families have the right  to be free from
                       governmental interference and arbitrary state action.
28  ::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

Karen Sordiff  12-6-07

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Jorbith, Karen E

**DEFENDANTS:** Tamara Blott, Stacy Richards, San Bernardino County Child Protective Services Dept. of...

(b) County of Residence of First Listed Plaintiff: San Bernardino County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Bernardino
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): N/A

Attorneys (If Known): unknown

'07 CV 2290 JM (JMA)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Act of 1983, 42 U.S.C. 1983

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 12-6-07
SIGNATURE OF ATTORNEY OF RECORD: Karen Jorbith

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____