FILED

07 DEC -6 PM 1:49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Sordiff<br><br>v.<br><br>Tamara Scott, Stacy Richards, San Bernardino County Department of Social Services. | Civil No. '07 CV 2290 JM (JMA)<br><br>REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1983, 42 U.S.C. (1983) DECLARATION IN SUPPORT OF REQUEST |

A. my claim is meritorious (that is, I have a good case), and

B. I have made a reasonably diligent effort to obtain counsel, and

C. I am unable to find an attorney willing to represent me on terms that I can afford.

ODMA\PCDOCS\WORDPERFECT\23126\1 May 27, 1999 (3:47pm)

1

4. Have you talked with any attorney about handling your claim?

　　X　Yes　　　　　___ No

If "YES," give the following information about each attorney with whom you talked:

Attorney: Arthur Ailento
When: 02/2007
Where: Telephone Conversation (714)526-0460
How (by telephone, in person, etc.): by telephone
Why attorney was not employed to handle your claim: I could not afford fees.

Attorney: Richard Piller
When: 02/2007
Where: Telephone Conversation (714)633-4728
How (by telephone, in person, etc.): by telephone
Why attorney was not employed to handle your claim: Could not afford fees.

Attorney: Robert Powell
When: 03/2007
Where: Telephone Conversation (408)553-0201
How (by telephone, in person, etc.): by telephone
Why attorney was not employed to handle your claim: Could not afford fees.

(Attach additional sheets as needed)

Additional Attorney contacts.

arthur cilento
714) 526-0450  |  801 E Chapman Ave # 211 Fullerton, CA 9283?

richard pfifer
9752 willow glen
santa ana
7146334728

Robert Powell
San Josa , CA
408-553-0201

17603421591
inland county legal services

Address Law Ofc Dennis B Atchley
402 N Nevada St
Oceanside, CA 92054 Phone Number (760) 400-0263
Fax Number (760) 400-0269

8890485 vega attorney

5. Explain any other efforts you have made to contact an attorney to handle your claim: I CALLED ATTORNEYS, IVE CALLED LAWYER REFERRALS, LEGAL AIDES, SEARCHED INTERNET FOR PRO BONO ATTORNEYS, SEARCHED FOR LAWYERS THATS HANDLED OTHER CASES.

6. Give any other information which supports your application for the court to appoint an attorney for you: I LIVE ON DISABILITY WITH MY MOM & DAD AND DAUGHTER AN DYING RECENTLY IM LEFT WITH THEIR BILLS, HOUSE BILLS, BURIAL EXPENSES ETC

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:
ROBERT VALDEZ
S E CITRUS AVE #205
REDLANDS CA 92373

LARRY HAWKINS
NEVADA
17022178106

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A. <u>Employment</u>

Are you employed now?   ___ yes  X no  ___ am self-employed

Name and address of employer:

(ii) <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts? _X_ yes ___ no

If "YES," state total amount: _706.80_

(iii) <u>Property</u>

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes _X_ no

If "YES," give value and describe it:

<u>Value</u>              <u>Description</u>

n/a

C. <u>Obligations and Debts</u>

(i) <u>Dependents</u>

Your marital state is: ___ single ___ married _X_ widowed, separated or divorced.

Your total number of dependents is : _-0-_

List those person you actually support, your relationship to them, and your monthly contribution to their support:

<u>Name/Relationship</u>              <u>Monthly Support Payment</u>

n/a

::ODMA\PCDOCS\WORDPERFECT\23126\1  May 27, 1999 (3:47pm)

4

1     If employed, how much do you earn per month? _N/A_

2     If not employed, give month and year of last employment: _N/A_

3     How much did you earn per month in your last employment? _N/A_

4     If married, is your spouse employed? _X_ yes ___ no _GOING THRU DIVORCE_

5     If "YES," how much does your spouse earn per month? _$2,0125_

6     If you are a minor under age 21, what is your parents' or guardians' approximate monthly

7 income? _N/A_

8

9         B.     Assets

10         (i)     Other Income

11     Have you received within the past 12 months any income from a business, profession or other

12 form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity

13 payments or other sources? ___ yes _X_ no

14     If "YES," give the amount received and identify the sources:

15         $ Received                   Source

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23

24

25

26

27

28 (Attach additional sheets as necessary)

::ODMA\PCDOCS\WORDPERFECT\23126\1  May 27, 1999 (3:47pm)        5

(ii) <u>Debts and Monthly Bills</u>

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: N/A | | |
| Mortgage on Home: 250.00 | N/A | 250.00 |
| Others: | | |
| AMEX | 10,000 | 150.00 |
| GAS | N/A | 28.00 |
| ELECTRICITY | N/A | 150.00 |
| PHONE | N/A | 50.00 |
| STUDENT LOANS | 4000.00 | 50.00 |
| PROPERTY TAX (MOMS PROPERTY) | | 400.00 |
| INSURANCE | 150.00 | 150.00 |
| WALMART | 500.00 | 15.00 |

9.  Signature  *Karen Sordeff*

I declare under penalty of perjury that the above is true and correct.

Dated: 12-6-07

*Karen Sordeff*
Signature

(Notarization is not required)