# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| KARNE SORDIFF, | CASE NO. 07cv2290 JM(JMA) |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; DISMISSING ACTION FOR IMPROPER VENUE |
| vs. | |
| TAMARA SCOTT, etc., | |
| Defendants. | |

**Motion to Proceed in Forma Pauperis**

Plaintiff moves to prosecute this action without prepayment of fees pursuant to 28 U.S.C. §1915. Plaintiff declares that her only source of income consists of monthly disability payments and that she possesses no significant asset. Consequently, the court grants the motion to proceed in forma pauperis.

**Dismissal of Action for Improper Venue**

Plaintiff and Defendants Tamara Scott, Stacy Richards, and San Bernardino County Department of Public Services are residents of San Bernardino County. (Compl.). Plaintiff brings this action for conduct occurring in San Bernardino County. Plaintiff generally alleges that Defendants unlawfully reduced her visitation rights with her children. Venue is proper only in the district where any defendant resides or where a substantial part of the events occurred. 28 U.S.C. §1391(b). Here, all parties are residents of San Bernardino County which is within the Central District of California. The court declines to transfer the action to the Central District of California because

1  it is not in the interests of justice to do so. See 28 U.S.C. §1404. The court notes that family law
2  matters are particularly placed within the province of the state courts, not federal, and the court is
3  concerned that Plaintiff's claims are better addressed in state court.. See Moore v. Sims, 442 U.S. 415,
4  435 (1979) ("Family relations are a traditional area of state concern."). Accordingly, the court
5  dismisses the present action without prejudice.

6  **IT IS SO ORDERED.**

7  DATED: January 2, 2008

8  _____
   Hon. Jeffrey T. Miller
9  United States District Judge

10 cc:        All parties